UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES EARL WILSON,           )
                             )
            Plaintiff,       )
                             )
vs.                          )    Case No. 4:05-CV-714 MLM
                             )
THE STATE OF MICHIGAN, et al.,)
                             )
            Defendants.      )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e) (2) (B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuantt o 28 U.S.C. § 1915 (a) (3).

Dated this 24th day of May, 2005

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**

PDF created with FinePrint pdfFactory trial version www.pdffactory.com